No. 00–1696. SL SERVICE, INC., ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 00–1698. GRACEBA TOTAL COMMUNICATIONS, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–1721. CHAIN, DBA JEFFREY CHAIN CORP. *v.* TROPODYNE CORP. C. A. 6th Cir. Certiorari denied.

No. 00–1734. KALAMA CHEMICAL, INC., ET AL. *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 00–1736. TITTJUNG *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–1756. HAMILTON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–5778. EVANS *v.* GALAZA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–7339. WILSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7803. JEFFUS *v.* SIVLEY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–8097. COUNCE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–8546. BURLESON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–8617. MERCED-NIEVES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–8624. KHAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.